UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIDRISAK EID AHMED, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOBILITAS INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No.: 2:26-cv-02609-JHC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REMAND TO STATE COURT |

THIS MATTER comes before the Court on Plaintiff's Motion to Remand to State Court. Dkt. # 5. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the record, and the governing law. Being fully advised, for the reasons presented by Defendant at Dkt. # 7, the Court DENIES the motion.

DATED: August 28, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE